

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00322-CV

| | | |
|---|---|---|
| David K. Norvelle and Sylvia D. Norvelle | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-002663-1) |
| v. | | |
| | § | August 20, 2015 |
| PNC Mortgage, a division of PNC Bank, National Association | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants David K. Norvelle and Sylvia D. Norvelle shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth